IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH GROOMS | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, ET AL. | : | NO. 17-2696 |

## **ORDER**

**AND NOW**, this 28th day of September, 2018, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 18) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** insofar as it seeks dismissal of the claims against the Philadelphia Police Department, and the Philadelphia Police Department is **DISMISSED** as a Defendant in this action.

2. The Motion is also **GRANTED** as to Plaintiff's claims of gender discrimination and retaliation in violation of Title VII and the Pennsylvania Human Relations Act in Counts I and II of the Complaint, and **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff as to those claims.

3. The Motion is **DENIED** as to Plaintiff's claim that she was subjected to a hostile work environment in violation of Title VII and the Pennsylvania Human Relations Act in Counts I and II of the Complaint.

BY THE COURT:

_____
John R. Padova, J.